UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JERE RANVENSCROFT, | : | |
| Plaintiff. | : | No. 3:14-cv-870 (MPS) |
| V. | : | |
| WILLIAMS SCOTSMAN, INC. | : | |
| Defendants. | : | JUNE 1, 2015 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and Defendant, through their undersigned counsel, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs and/or disbursements to any party.

Dated: June 1, 2015

THE PLAINTIFF,
JERE RAVENSCROFT

By: /s/ *Michael J. Reilly*
Michael J. Reilly (ct28651)
Cicchiello & Cicchiello LLP
364 Franklin Avenue
Hartford, CT 06114
Tel: (860) 296-3457
Fax: (860) 296-0676
Email: mreilly@cicchielloesq.com

Dated: June 1, 2015

THE DEFENDANT,
WILLIAMS SCOTSMAN, INC.

By: /s/ *Allison Pannozzo*
Allison Pannozzo
Rose Kallor, LLP
750 Main Street
Hartford, CT 06103

1

Tel: (860) 748-4660  
Fax: (860) 241-1547  
Email:[apannozzo@rosekallor.com](mailto:apannozzo@rosekallor.com)

## CERTIFICATION OF SERVICE

I hereby certify that on June 1, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/ *Michael J. Reilly*
Michael J. Reilly (ct28651)